IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL DEWAYNE WHALEY, )
    ID # 645333, )
        Plaintiff, )
vs. ) No. 3:16-CV-3281-C
)
COURT OF CRIMINAL APPEALS, et al., )
        Defendants. )

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Motion for Personal Recognition Bond*, received on August 3, 2017 (doc. 13), is **DENIED**. By separate judgment, the claims against Brook A. Busbee will be dismissed with prejudice as frivolous, and the remaining claims will be dismissed with prejudice until the plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

SIGNED this 5th day of Sept., 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE