# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MICHAEL DEWAYNE WHALEY,  )
  ID # 645333,      )
    Plaintiff,      )
              )
vs.            )  No. 3:16-CV-3281-C
              )
COURT OF CRIMINAL APPEALS, et al., )
    Defendants.    )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's Objection thereto (filed December 14, 2017), in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Objections are OVERRULED.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the post-judgment motion (doc. 27) is construed as a motion under Rule 60(b) of the Federal Rules of Civil Procedure and is **DENIED**.

**SO ORDERED.**

Dated this __19th__ day of December, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE